United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN K. YOSHIMOTO,

    Plaintiff,

v.

O'REILLY AUTOMOTIVE, INC., a Missouri corporation, CSK AUTO, INC., an Arizona corporation,

    Defendants.
/

No. C 11-3119 MMC

**ORDER OF REFERRAL**

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Laurel Beeler for consideration of whether the case is related to <u>Norman K. Yoshimoto v. O'Reilly Automotive, Inc. et al.</u>, C 10-5438 LB. (<u>See</u> Case No. C 11-3119 MMC, Dkt. No. 1 (Complaint) ¶¶ 1, 9; Dkt. No. 5 (Notice of Pendency of Other Action).)[1]

    **IT IS SO ORDERED.**

Dated: September 14, 2011

                                     MAXINE M. CHESNEY
                                       United States District Judge

---

[1] The Court notes that plaintiff has failed to comply with Civil Local Rule 3-12(b) (requiring filing and service of Administrative Motion to Consider Whether Cases Should be Related). The instant referral is made in the interest of judicial economy.