JOHN F. PRENTICE, ESQ. (SBN 087606)
ROBERT D. POSTAR, ESQ. (SBN 103538)
SHEILA A. REID, ESQ. (SBN 161180)
John F. Prentice & Associates
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile:  (510) 597-0718
E-mail:  jprentice@jfprenticelaw.com
E-Mail: rpostar@jfprenticelaw.com
E-Mail: sreid@jfprenticelaw.com

Attorneys for Plaintiff
Norman K. Yoshimoto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| NORMAN K. YOSHIMOTO<br><br>    Plaintiff,<br><br>    vs.<br><br>O'REILLY AUTOMOTIVE, INC., a Missouri Corporation, CSK AUTO, INC., an Arizona Corporation<br><br>    Defendants. | Case No. C11-03119 PJH<br><br>**STIPULATION FOR ORDER AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |
| AND RELATED CASE | Case No. CVC10-05738(PJH) |

    The parties to this matter, Plaintiff NORMAN YOSHIMOTO and Defendants CSKAUTO, Inc. and O'REILLY AUTOMOTIVE, INC., hereby stipulate and agree as follows:

    Whereas this Court issued a Minute Order on January19, 2012, referring the parties to ADR Mediation to be completed within 120 days, or May 22, 2012;

    Whereas the parties scheduled a mediation on April 9, 2012, with Robert Fries, the Court Appointed Mediator in this case and submitted briefs to Mr. Fries in advance of the mediation;

    Whereas Mr. Fries and the parties agreed that the parties need additional discovery in order to participate meaningfully in the mediation;

///

Whereas, the parties are attempting to schedule the depositions of Plaintiff Norman Yoshimoto, O'Reilly former manager Ronald Stahl and O'Reilly manager Ro Salazar, but will not have completed the depositions in time to participate in a mediation before the May 22, 2012, mediation deadline; and

Whereas, the trial in this matter is set for April 1, 2013, and no other case management deadlines will be affected by an extension of time to complete mediation;

The parties hereby stipulate and agree, pending Court approval, that the deadline to complete mediation be extended for a period of 90 days, to August 20, 2012.

IT IS SO STIPULATED.

Dated: May 17, 2012

JOHN F. PRENTICE & ASSOCIATES, P.C.

_____
JOHN F. PRENTICE, ESQ.
Attorney for Plaintiff
Norman K. Yoshimoto

Dated:  May 17, 2012

HIGGS FLETCHER & MACK LLP

/S/
_____
JAMES M. PETERSON, ESQ.
JASON C. ROSS, ESQ.
Attorneys for Defendants CSK AUTO, INC.
and O'REILLY AUTOMOTIVE, INC.

### ORDER

Pursuant to the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED:

The deadline for the parties to complete ADR mediation is extended for a period of 90 days, to August 20, 2012.

IT IS SO ORDERED.

Dated:  May 21, 2012

_____
HONORABLE PHYLLIS J. HAMILTON
U.S. District Court Judge

---

*Yoshimoto v O'Reilly Automotive, Inc., Case No. C11-03119 PJH*
STIPULATION TO EXTEND MEDIATION DEADLINE

2